

# LAW OFFICE OF PATRICK SORSBY PLLC

1568 Central Avenue
Albany, New York, 12205
Tel. (518)545-4LAW (4529)/ Fax : 1-866-474-1748
www.sorsbylaw.com

January 9, 2018

Hon. Gary L. Sharpe, Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

Re: Seeman V. OMIG
 Civ. No. 17-cv-0901 (GLS/CFH)

Dear Honorable Judge Sharpe,

    The Defendants have filed a 12(b)(6) motion in this matter. Shortly after the filing of this motion the parties opened discussions about a possible settlement of the matter. On December 29th the Plaintiff sent a settlement demand to the Defendant's Attorney Assistant Attorney General Kyle Sturgess. Mr. Sturgess brought the the settlement offer to his client and indicated that he intended to get back to me before January 1. However, because of the Holidays the essential staff required to approve any settlement were and continue to be unavailable.

    Therefore, In the interest of attaining a resolution of this matter without protracted motion practice the parties have agreed that Plaintiff"s response to the 12(b)(6) motion should be adjourned until the of end of February. This should provide sufficient time for the parties to come to agreement on a settlement. I have conferred with Defense counsel and he consents to the adjournment of the deadline for Plaintiffs response to Defendants motion to the end of February.

    Wherefore as it is in the best interest of both parties to resolve this matter in the most economical way possible it is respectfully requested, with the consent the Defendant, that the Court adjourn Plaintiffs response date on the pending motion until the end of February.



# LAW OFFICE OF PATRICK SORSBY  PLLC

1568 Central Avenue
Albany, New York, 12205
Tel.  (518)545-4LAW (4529)/ Fax : 1-866-474-1748
www.sorsbylaw.com

                                        LAW OFFICE OF PATRICK SORSBY

                                    By_____S/_____
                                           Patrick Sorsby
                                       Bar Roll No.: 517840
                                       Attorney for Plaintiff
                                       1568 Central Avenue
                                       Albany, NY 12205

cc: Kyle W. Sturgess
Assistant Attorney General, of Counsel
NDNY Bar Roll No. 302888
Telephone: (518) 776-2592
Fax: (518) 915-7740
Kyle.Sturgess@ag.ny.gov